Judge Paul B. Snyder
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re,<br><br>GATEWAYS FOR YOUTH<br>AND FAMILIES,<br><br>Debtor. | No. 14-41858<br><br>NOTICE OF APPEARANCE |

TO:  DEBTORS; and

TO:  CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), William L Courshon hereby enters his appearance on behalf of the United States Trustee for Region 18.

PLEASE TAKE FURTHER NOTICE that the United States Trustee hereby requests that copies of any documents, except proofs of claim, be served on:

> William L. Courshon
> Attorney for the United States Trustee
> United States Courthouse
> 700 Stewart Street, Suite 5103
> Seattle, WA 98101-1271

Dated: April 3, 2014

Respectfully submitted,

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

/s/ William L. Courshon
WILLIAM L. COURSHON, WSBA #24861
Attorney for the United States Trustee

NOTICE OF APPEARANCE
Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)