THE HONORABLE PAUL B. SNYDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>GATEWAYS FOR YOUTH AND FAMILIES<br><br>Debtor. | Case No. 14-41858-PBS<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS |

TO: All Parties and Their Counsel of Record
AND TO: The Clerk of the Court:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and Section 1109(b) of the Bankruptcy Code, Brian A. Jennings hereby enters his appearance in this case on behalf of Gateways for Youth and Families (the "*Debtor*"), in addition to counsel Alan D. Smith of Perkins Coie LLP, who has previously appeared as counsel of record on behalf of the Debtor in this case.

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS - 1
112183-0002/LEGAL120457796.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

YOU ARE REQUESTED to serve all pleadings, documents and notices given or filed in this case, including the notices required to be sent to creditors under Federal Rules of Bankruptcy Procedure 2002, 3017, 4001 and 9007 and Sections 352 and 1109(b) of the Bankruptcy Code, on the undersigned as follows. The undersigned consents to service by email pursuant to Federal Rule of Bankruptcy Procedure 9036.

> Brian A. Jennings
> PERKINS COIE LLP
> 1201 Third Avenue, 49th Fl.
> Seattle, WA 98101
> Tel: 206-359-8000
> Fax: 206-359-9000
> BJennings@perkinscoie.com

PLEASE TAKE FURTHER NOTICE that this request not only includes notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, facsimile or otherwise filed or made with regard to these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to be a waiver of the rights to (i) have final Orders in non-core matters entered only after de novo review; (ii) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) have the Bankruptcy Court withdraw the reference in

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS - 2
112183-0002/LEGAL120457796.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 7    Filed 04/10/14    Ent. 04/10/14 11:56:29    Pg. 2 of 3

any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs or recoupment.

DATED: April 10, 2014         **PERKINS COIE LLP**

By:   */s/ Brian A. Jennings*
    Alan D. Smith, WSBA No. 24964
    ADSmith@perkinscoie.com
    Brian A. Jennings, WSBA No. 32509
    BJennings@perkinscoie.com

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Debtor Gateways for Youth and Families

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS - 3
112183-0002/LEGAL120457796.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS   Doc 7   Filed 04/10/14   Ent. 04/10/14 11:56:29   Pg. 3 of 3