# EXHIBIT A

# BAR DATE NOTICE

**(See Attached)**

EX PARTE MOTION FOR ORDER SETTING
DEADLINE FOR FILING PROOFS OF CLAIMS - 6
LEGAL120492537.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 14-1    Filed 04/15/14    Ent. 04/15/14 11:19:51    Pg. 1 of 5

THE HONORABLE PAUL B. SNYDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>GATEWAYS FOR YOUTH AND FAMILIES<br><br>Debtor. | Case No. 14-41858-PBS<br><br>**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM** |

    YOU ARE HEREBY NOTIFIED that, by order entered April __, 2014, the United States Bankruptcy Court for the Western District of Washington has set **Monday, May 19, 2014** at **5:00 p.m.** (the "*Bar Date*") as the last day for filing proofs of claim in this Chapter 11 case. Any creditor who fails to timely file a properly completed and signed proof of claim may have its claim disallowed and may lose its right to share in any distributions to creditors in this Chapter 11 case.

    The Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against Gateways for Youth and Families ("*Debtor*") that arose prior to the time the Debtor filed this chapter 11 case on April 2, 2014 (the "*Petition Date*"), except for those holders of claims specifically excluded from the Bar Date filing requirement in section 1, below.

    If you have any questions, you may contact Mary Lou Maag at Perkins Coie LLP by telephone (206-359-3334) or by email (MLMaag@perkinscoie.com).

NOTICE OF DEADLINE FOR
FILING PROOFS OF CLAIMS - 1
LEGAL120494156.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## 1. WHO DOES NOT NEED TO FILE A CLAIM

You do not need to file a proof of claim on or prior to the Bar Date if you are:

(a) a person or entity (i) whose claim is listed on Debtor's schedules, (ii) whose claim is not scheduled as "disputed," "contingent," or "unliquidated," (iii) who agrees with the amount, nature and priority of the claim as set forth in the schedules, and (iv) who agrees that the claim is an obligation of Debtor;

(b) a person or entity holding a claim that has been allowed by an Order of the Court entered on or before the Bar Date;

(c) a person or entity holding a claim for which specific deadlines have been fixed by an order of the Court entered on or before the Bar Date;

(d) a person or entity holding a claim allowable under sections 503(b) and 507(a) of the Bankruptcy Code as an expense of administration; or

(e) any person holding a claim that is a "*Tort Claim*," defined as "any Claim, demand, suit, cause of action, proceeding or any other rights or asserted rights to payment, now or hereafter asserted against the Debtor arising in tort, including but not limited to personal injury tort and wrongful death claims, claims for punitive damages, and claims based upon or in any manner arising from or related to acts of Child Abuse or Sexual Misconduct first occurring on or prior to the Petition Date."[1] The deadline for filing Tort Claims will be established at a later date.

If you rely on the Debtor's schedules under subsection (a) above, it is your responsibility to determine that the claim is accurately listed in the schedules. Copies of the Debtors' schedules are available for inspection at the United States Bankruptcy Court for the Western District of Washington during its normal business hours. Copies of the schedules may also be obtained by request to Mary Lou Maag at Perkins Coie LLP by telephone (206-359-3334) or by email (MLMaag@perkinscoie.com).

## 2. WHO MUST FILE A CLAIM

You MUST file a proof of claim to vote on a chapter 11 plan or to share in distributions from the Debtor's bankruptcy estates if you have a claim that arose before the

---

[1] The term "Child Abuse" means abuse or neglect of a child as set forth in RCW 26.44.020 to the extent not time barred, including pursuant to RCW 4.16.340. The term "Sexual Misconduct" has the meaning given to the term "childhood sex abuse" in RCW 4.16.340(5)

NOTICE OF DEADLINE FOR
FILING PROOFS OF CLAIMS - 2
LEGAL120494156.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 14-1    Filed 04/15/14    Ent. 04/15/14 11:19:51    Pg. 3 of 5

Petition Date, and it is not one of the types of claim described in Section 1 above (although creditors whose claims are not scheduled as "disputed," "contingent," or unliquidated" are entitled to vote on a plan even if they do not file a proof of claim). Claims based on acts or omissions of the Debtor that occurred before the Petition Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under 11 U.S.C. § 101(5) and as used in this Notice, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right of payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

This notice is being sent to many persons and entities who have some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. **The fact that you received this Notice does not mean that you have a claim or that Debtor believes you have a claim against it.**

## 3. WHAT TO FILE

Attached to this notice is a proof of claim form. Electronic proof of claim forms may be downloaded from http://www.wawb.uscourts.gov/view.htm?f=15&id=289&v=5. Each proof of claim must be filed on the attached proof of claim form or Official Form No. 10. Each proof of claim must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. Each proof of claim must be written in English and be denominated in United States currency. You should attach to each completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

## 4. WHEN AND WHERE TO FILE

Except as provided herein, all proofs of claim must be filed so as to be actually received by the United States Bankruptcy Court for the Western District of Washington **on or before MONDAY, MAY 19, 2014** at the following address:

United States Bankruptcy Court
Western District of Washington
Union Station
1717 Pacific Avenue, Suite 2100
Tacoma, WA 98402-3233

Claimants who are properly registered to file documents with the United States Bankruptcy Court for the Western District of Washington through its electronic filing system may file their proofs of claims electronically pursuant to the Court's guidelines and procedures.

NOTICE OF DEADLINE FOR
FILING PROOFS OF CLAIMS - 3
LEGAL120494156.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 14-1    Filed 04/15/14    Ent. 04/15/14 11:19:51    Pg. 4 of 5

**5. RESERVATION OF RIGHTS**

Debtor reserves the right to object to any claim, whether filed or scheduled, on any grounds. Debtor reserve the right to dispute or to assert offsets or defenses to any claim reflected on the schedules or any amendments thereto, as to amount, liability, classification or otherwise and to subsequently designate any claim as disputed, contingent, unliquidated or undetermined.

DATED: April 15, 2014

**PERKINS COIE LLP**

By: _/s/ Alan D. Smith_
 Alan D. Smith, WSBA No. 24964
 ADSmith@perkinscoie.com
 Brian A. Jennings, WSBA No. 32509
 BJennings@perkinscoie.com

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Debtor Gateways for Youth and Families

NOTICE OF DEADLINE FOR
FILING PROOFS OF CLAIMS - 4
LEGAL120494156.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 14-1    Filed 04/15/14    Ent. 04/15/14 11:19:51    Pg. 5 of 5