THE HONORABLE PAUL B. SNYDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>GATEWAYS FOR YOUTH AND FAMILIES<br><br>Debtor. | Case No. 14-41858-PBS<br><br>***EX PARTE* ORDER SETTING DEADLINE FOR FILING PROOFS OF CLAIM** |

THIS MATTER came before the Court on the ex parte motion (the "*Motion*") for an Order setting deadline for filing proofs of claim pursuant to Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure filed Gateways for Youth and Families ("*Debtor*"). The Court, has reviewed the files and records herein, and is fully advised.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. Except as otherwise provided herein, all persons and entities who assert a claim (as defined in 11 U.S.C. § 101(5)) against the Debtor that arose prior to the April 2, 2014 (the "*Petition Date*") must file an original, written proof of such claim with the Court

EX PARTE ORDER SETTING
DEADLINE FOR FILING PROOFS OF CLAIMS - 1
LEGAL120495062.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 15    Filed 04/15/14    Ent. 04/15/14 11:31:01    Pg. 1 of 5

on or before **MONDAY, <u>MAY 19, 2014</u>** (the "*Bar Date*").

2. The proposed Bar Date notice that was attached to the Motion (the "*Bar Date Notice*") is hereby approved.

3. Proofs of claim must be filed on the proof of claim form attached to the Bar Date Notice or on Official Form No. 10. Proofs of claims must comply with the instructions set forth on the Bar Date Notice and the instructions included on the Proof of Claim form, including that such proofs of claim must be signed by the claimant or, if the claimant is not an individual, by an authorized agent for the claimant, and must include supporting documentation (if voluminous, attach a summary) or an explanation why documentation is not available. Except as provided herein, all proofs of claim must be filed so as to be actually received by the United States Bankruptcy Court for the Western District of Washington on or before the Bar Date at the following address:

> United States Bankruptcy Court
> Western District of Washington
> Union Station
> 1717 Pacific Avenue, Suite 2100
> Tacoma, WA 98402-3233

4. Claimants who are properly registered to file documents with the United States Bankruptcy Court for the Western District of Washington through its electronic filing system may file their proofs of claims electronically pursuant to the Court's guidelines and procedures.

5. The following persons or entities *shall not be required* to file a proof of claim on or before the Bar Date:

> (a) a person or entity (i) whose claim is listed on Debtor's schedules, (ii) whose claim is not scheduled as "disputed," "contingent," or "unliquidated," (iii) who agrees with the amount, nature and priority of the claim as set forth in the

EX PARTE ORDER SETTING
DEADLINE FOR FILING PROOFS OF CLAIMS - 2
LEGAL120495062.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 15    Filed 04/15/14    Ent. 04/15/14 11:31:01    Pg. 2 of 5

schedules, and (iv) who agrees that the claim is an obligation of the Debtor;

    (b)    a person or entity holding a claim that has been allowed by an Order of the Court entered on or before the Bar Date;

    (c)    a person or entity holding a claim for which specific deadlines have been fixed by an order of the Court entered on or before the Bar Date;

    (d)    a person or entity holding a claim allowable under sections 503(b) and 507(a) of the Bankruptcy Code as an expense of administration; and

    (e)    any person holding a claim that is a Tort Claim, as "any Claim, demand, suit, cause of action, proceeding or any other rights or asserted rights to payment, now or hereafter asserted against the Debtor arising in tort, including but not limited to personal injury tort and wrongful death claims, claims for punitive damages, and claims based upon or in any manner arising from or related to acts of Child Abuse or Sexual Misconduct first occurring on or prior to the Petition Date."[1] The deadline for filing Tort Claims will be established at a later date.

6. The proposed noticing procedures set forth in the Motion are hereby approved. The Debtor is directed to send a copy of the Bar Date Notice to the following:

    (a)    the United States Trustee;

    (b)    all persons or entities who have requested notice of the proceedings in this Chapter 11 case;

    (c)    all persons or entities who have filed claims;

    (d)    all known holders of pre-petition claims listed on the schedules of Gateways at the addresses stated therein, unless such address has been subsequently corrected, in which case to the corrected address;

    (e)    the Internal Revenue Service, the Securities and Exchange Commission, the United States Attorney for the District of Washington, the Office of the Attorney General for the

---

[1] The term "Child Abuse" means "abuse or neglect of a child as set forth in RCW 26.44.020 to the extent not time barred, including pursuant to RCW 4.16.340" and the term "Sexual Misconduct" has the meaning given to the term "child sex abuse" in RCW 4.16.340(5).

EX PARTE ORDER SETTING
DEADLINE FOR FILING PROOFS OF CLAIMS - 3
LEGAL120495062.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS   Doc 15   Filed 04/15/14   Ent. 04/15/14 11:31:01   Pg. 3 of 5

State of Washington and any other required governmental units;

(f) such additional persons and entities as deemed appropriate by Gateways.

7. If the Debtor amends the schedules on or after the Debtor has served the Bar Date Notice in a manner that would add a new claim, reduce the undisputed, non-contingent or liquidated amount of a claim, or change the nature of classification of the claim, then the Debtor must send, together with any other documents required by the Local Bankruptcy Rules, if any, notice to such affected claimant that the affected claimant must file a proof of claim by the later of (i) the Bar Date and (ii) 30 calendar days after a claimant is served with notice that the Debtor has amended its Schedules.

8. The Debtor is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

9. Nothing in this Order shall prejudice the right of any party in interest to object to any proof of claim, whether filed or scheduled, on any grounds, or to dispute or assert offsets or defenses to any claim reflected on the schedules or amendments thereto, as to amount, liability, classification or otherwise or to subsequently designate any claim as disputed, contingent, unliquidated or undetermined.

# # # END OF ORDER # # #

EX PARTE ORDER SETTING
DEADLINE FOR FILING PROOFS OF CLAIMS - 4
LEGAL120495062.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

**PERKINS COIE LLP**

By:/*s/ Alan D. Smith*
  Alan D. Smith, WSBA No. 24964
  Brian A. Jennings, WSBA No. 32509

Attorneys for Debtor
Gateways for Youth and Families

EX PARTE ORDER SETTING
DEADLINE FOR FILING PROOFS OF CLAIMS - 5
LEGAL120495062.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000