THE HONORABLE PAUL B. SNYDER
Chapter 11

Hearing Date **Thurs., May 29, 2014**
Hearing Time: **9:00 a.m.**
Location: **Courtroom H, Tacoma**
Response Date: **Thurs., May 22, 2014**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>GATEWAYS FOR YOUTH AND FAMILIES<br><br>Debtor. | Case No. 14-41858-PBS<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO REJECT NONRESIDENTIAL REAL PROPERTY LEASE**<br>**(11605 Bridgeport Way S, Tacoma)** |

TO: THE CLERK OF THE COURT
AND TO: THE HONORABLE BRIAN D. LYNCH
AND TO: ALL CREDITORS AND PARTIES IN INTEREST

PLEASE TAKE NOTICE that Gateways for Youth and Family, the debtor and debtor in possession in the captioned bankruptcy case (the "***Debtor***") has filed its *Motion to Reject Nonresidential Real Property Lease* (the "***Motion***"). In the Motion, the Debtor seeks an order from the U.S. Bankruptcy Court for the Western District of Washington (the "***Bankruptcy Court***") authorizing the Debtor to reject, effective as of April 2, 2014, a lease agreement between the Debtor, as tenant, and James E. Kirkebo, Jr., as landlord, with respect to a portion of the premises located at 11605 Bridgeport Way S., Tacoma, Washington 98498.

NOTICE OF HEARING ON MOTION
TO REJECT NONRESIDENTIAL
REAL PROPERTY LEASE - 1
LEGAL120508248.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 19    Filed 04/16/14    Ent. 04/16/14 12:49:02    Pg. 1 of 2

The Motion is on file with the Bankruptcy Court, together with supporting documents. Any party desiring a copy of the Motion and the supporting papers may request the same from the Clerk of the Bankruptcy Court or from undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion has been set for **Thursday, May 29, 2014** at **9:00 a.m**. before the Honorable Paul B. Snyder, United States Bankruptcy Court for the Western District of Washington, Union Station, 1717 Pacific Avenue, Suite 2209, Tacoma, Washington 98402, Courtroom H.

IF YOU OPPOSE the relief requested in the Motion, you must file your written response with the Bankruptcy Court and serve the same on undersigned counsel NO LATER THAN THE RESPONSE DATE, which is **Thursday, May 22, 2014**.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Bankruptcy Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

DATED: April 16, 2014

**PERKINS COIE LLP**

By: */s/ Alan D. Smith*
Alan D. Smith, WSBA No. 24964
ADSmith@perkinscoie.com
Brian A. Jennings, WSBA No. 32509
BJennings@perkinscoie.com

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Debtor Gateways for Youth and Families

NOTICE OF HEARING ON MOTION
TO REJECT NONRESIDENTIAL
REAL PROPERTY LEASE - 2
LEGAL120508248.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 19    Filed 04/16/14    Ent. 04/16/14 12:49:02    Pg. 2 of 2