UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>GATEWAYS FOR YOUTH AND FAMILIES<br><br>Debtor. | Case No. 14-41858-PBS<br><br>**ORDER GRANTING DEBTOR'S MOTION TO REJECT NONRESIDENTIAL REAL PROPERTY LEASE**<br>**(11605 Bridgeport Way S, Tacoma)** |

THIS MATTER came before the Court on the ex parte motion (the "*Motion*") for an Order authorizing the rejection of the Lease[1] Procedure filed Gateways for Youth and Families ("*Debtor*"). The Court, has reviewed the files and records herein, and is fully advised.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. The Debtor is authorized to reject the Lease of the Property pursuant to 11

---

[1] All capitalized terms not defined herein have the meanings given to them in the Motion.

ORDER GRANTING MOTION TO REJECT
NONRESIDENTIAL REAL PROPERTY LEASE - 1
LEGAL120508088.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

U.S.C.§ 365(a) effective as of April 2, 2014.

# # # END OF ORDER # # #

Presented by:

**PERKINS COIE LLP**

By:/*s/ Alan D. Smith*
    Alan D. Smith, WSBA No. 24964
    Brian A. Jennings, WSBA No. 32509

Attorneys for Debtor
Gateways for Youth and Families

ORDER GRANTING MOTION TO REJECT
NONRESIDENTIAL REAL PROPERTY LEASE - 2
LEGAL120508088.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000