# United States Bankruptcy Court
## Western District of Washington

In re **Gateways for Youth and Families**     Case No. **14-41858**
                                        Debtor(s)     Chapter **11**

## BUSINESS INCOME AND EXPENSE STATEMENT
(Modified Schedules I & J)

## Please see attached Cash Projection and Budget

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**
1. Gross Income For 12 Months Prior to Filing: $ _____

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**
2. Gross Monthly Income $ _____

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**
3. Net Employee Payroll (Other Than Debtor) $ _____
4. Payroll Taxes _____
5. Unemployment Taxes _____
6. Worker's Compensation _____
7. Other Taxes _____
8. Inventory Purchases (Including raw materials) _____
9. Purchase of Feed/Fertilizer/Seed/Spray _____
10. Rent (Other than debtor's principal residence) _____
11. Utilities _____
12. Office Expenses and Supplies _____
13. Repairs and Maintenance _____
14. Vehicle Expenses _____
15. Travel and Entertainment _____
16. Equipment Rental and Leases _____
17. Legal/Accounting/Other Professional Fees _____
18. Insurance _____
19. Employee Benefits (e.g., pension, medical, etc.) _____
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

     DESCRIPTION                                TOTAL

21. Other (Specify):

     DESCRIPTION                                TOTAL

22. Total Monthly Expenses (Add items 3-21) $ _____

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**
23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ _____

# Cash Projection and Budget

| | | Oct 13 | Nov 13 | Dec 13 | Jan 14 | Feb 14 | Mar 14 | April 14 | May 14 | June 14 | July14 | August 14 | Sept 14 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand 10/1/13 | 37,750.00 Holding Acct. | 9,253.54 | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | | |
| | 40000 · Earned Revenue | 150,000.00 | 1,200.00 | | | | | | | | | | | 1,200.00 |
| | 41000 · Contributed Support | 350.00 | 78,000.00 | | | | | | | | | | | 78,000.00 |
| | 42000 · Other Types of Income | 0.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,142.63 | 2,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| | 42250 · Grants Unrestricted | 0.00 | 0.00 | | | | | | | | | | | 0.00 |
| | 43000 · Interest Income - Investments | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 2.50 |
| Total Income | | 150,350.50 | 79,900.50 | 0.50 | 0.50 | 0.50 | 0.50 | 10,143.13 | 2,000.50 | 4,000.50 | 0.50 | 0.50 | 0.50 | 79,902.50 |
| Available | | 159,604.04 | | | | | | | | | | | | |
| Cost of Goods Sold | | | | | | | | | | | | | | |
| | 50000 · Cost of Goods Sold | 116,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total COGS | | 116,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Profit | | 43,604.04 | 79,900.50 | 0.50 | 0.50 | 0.50 | 0.50 | 10,143.13 | 2,000.50 | 4,000.50 | 0.50 | 0.50 | 0.50 | 79,902.50 |
| Expense | | | | | | | | | | | | | | |
| | 60000 · Payroll Expenses | 23,890.00 | 29,500.00 | 6,164.33 | 4,332.00 | 4,322.00 | 4,322.00 | 4,322.00 | 4,322.00 | 4,322.00 | 4,322.00 | 4,322.00 | 4,322.00 | 48,640.33 |
| | 61000 · Supplies | 3,700.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | | | | | | | | 4,000.00 |
| | 61050 · Telephone | 396.00 | 308.00 | 308.00 | 308.00 | 308.00 | 258.00 | 258.00 | 258.00 | 258.00 | 258.00 | 258.00 | 258.00 | 1,490.00 |
| | 61100 · Bank Charges | 188.00 | 108.62 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 288.62 |
| | 61150 · Postage & Delivery | 38.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 100.00 |
| | 61200 · Printing and Copying | 515.00 | 599.00 | 599.00 | 599.00 | 599.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,396.00 |
| | 61250 · Payroll Processing Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 61300 · Dues & Subscriptions | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 61350 · Conference, Convention, Meeting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 61400 · Internet and Web-Hosting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 61450 · Advertising & Marketing | 496.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 62000 · Rent | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 62010 · Lease Assesment Fees | 1,386.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 62050 · Security | 81.00 | 29.98 | 29.98 | 222.00 | 29.92 | 29.92 | 29.92 | 29.92 | 29.92 | 29.92 | 29.92 | 29.92 | 341.80 |
| | 62100 · Utilities | 1,616.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 5,300.00 |
| | 62150 · Grounds & Building Maintenance | 1,055.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 0.00 |
| | 62160 · Janitorial | 360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 62200 · Equip Rental and Maintenance | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 62250 · Auto Expense | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 62300 · Computer & Office Equipment | 525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 63000 · Professional Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 63400 · Staff Taining/Prof. Development | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 64000 · Board Costs | 50.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| | 65000 · Taxes & Licenses | 3,270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 66000 · Insurance Expense | 0.00 | 0.00 | 0.00 | 0.00 | 1,002.57 | 1,002.57 | 1,002.57 | 1,002.57 | 1,002.57 | 1,002.57 | 1,002.57 | 1,002.57 | 2,005.14 |
| | 68000 · Other Miscellaneous Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | | 46,621.00 | 31,745.60 | 8,366.31 | 10,706.00 | 7,556.49 | 6,207.49 | 6,207.49 | 6,327.49 | 6,327.49 | 6,327.49 | 6,327.49 | 6,327.49 | 64,581.89 |
| Net Ordinary Income | | 6,236.58 | 48,154.90 | -8,365.81 | -10,705.50 | -7,555.99 | -6,206.99 | 3,935.64 | -4,326.99 | -2,326.99 | -6,326.99 | -6,326.99 | -6,326.99 | |
| | | 6,236.58 | 54,391.48 | 46,025.67 | 35,320.17 | 27,764.18 | 21,557.19 | 25,492.83 | 21,165.84 | 18,838.85 | 12,511.86 | 6,184.87 | -142.12 | 21,557.19 |