The Honorable Paul B. Snyder
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In re | 14-41858-PBS |
|---|---|
| GATEWAYS FOR YOUTH AND FAMILIES | **PROOF OF SERVICE** |
| Debtor. | |

I, Elise LaFleur, declare as follows:

1. I am a citizen of the United States, over the age of 21 years, and I am not a party to the above-entitled action. I am competent to be a witness.

2. On the 16th day of April, 2014, I caused a true and correct copy of the following to be served on the parties listed on the Mailing List attached here as Exhibit A:

- Notice of Hearing on Disclosure Statement;

- Notice of Deadline for Filing Proofs of Claim;

- Notice of Hearing on Motion to Reject Lease;

- Motion to Reject Lease; and

PROOF OF SERVICE - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

112183-0002/LEGAL120555163.1

- Proposed Order on Motion to Reject Lease.

3. Additionally served upon those entities with recently corrected addresses was the following:

- Notice of Bankruptcy.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 18th day of April, 2014.

By: */s/ Elise LaFleur*
Elise LaFleur
Legal Secretary

PROOF OF SERVICE - 2

112183-0002/LEGAL120555163.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 14-41858-PBS    Doc 23    Filed 04/18/14    Ent. 04/18/14 16:45:10    Pg. 2 of 8

**Exhibit A**

Mailing List

BINGO BUGLE
PO BOX 87711
VANCOUVER, WA 98678


BRIAN KOCH
17416 90TH AVE EAST
PUYALLUP, WA 98375


CENTERFORCE
5204 SOLBERG DRIVE SW
LAKEWOOD, WA 98499


CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111


CHARITY R. WOOLBRIGHT
5625 49TH ST N
TACOMA, WA 98407-3014


CITY OF TACOMA - CITY ATTORNEY
747 MARKET STREET ROOM 1120
TACOMA, WA 98402


CITY OF TACOMA 6888 PUBLIC UTILITIES
3628 S 35TH ST
TACOMA, WA 98409


CITY OF TACOMA 7559 PUBLIC UTILITIES
3628 S 35TH ST
TACOMA, WA 98409


CITY OF TACOMA 7578 PUBLIC UTILITIES
3628 S 35TH ST
TACOMA, WA 98409


COMCAST
1701 JOHN F KENNEDY BOULEVARD
PHILADELPHIA, PA 19103


CONNELLY LAW OFFICES
ATTN: LINCOLN CHARLES BEAUREGARD
2301 N 30TH ST
TACOMA, WA 98403

E-MAX GAMING CORPORATION
9900 CLINTON RD
COLUMBUS, OH 43271-4583


FARMER BROTHERS COFFEE
PO BOX 79705
CITY OF INDUSTRY, CA 91716-9705


FIRST NATIONAL & GREAT AMERICAN
IMPERIAL PREMIUM FINANCE
PO BOX 412086
KANSAS CITY, MO 64141-2086


FRED WILKESON ENDOWMENT
C/O GREATER TACOMA COMMUNITY FOUNDATION
950 PACIFIC AVE, STE 1100
TACOMA, WA 98402


GRAYS HARBOR COUNTY PROSECUTOR
102 W BROADWAY
MONTESANO, WA 98563


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JAMES E. KIRKEBO, JR.
3030 68TH AVE W UNIT H
TACOMA, WA 98466-5231


JOHN PARRISH
2112 N 30TH ST
TACOMA, WA 98403


JULIAN JAYNES
11815 237TH AVE CT E
BUCKLEY, WA 98321


JUNE R. KILWORTH ENDOWMENT
C/O GREATER TACOMA COMMUNITY FOUNDATION
950 PACIFIC AVE., STE 1100
TACOMA, WA 98402

KINOKA MINOLTA
ATTN: JASON THOMPSON
PO BOX 31001-0273
PASADENA, CA 91110-0273


KONICA MINOLTA PRIEMIER FINANCE
KONICA MINOLTA BUSINESS SOLUTIONS USA
100 WILLIAMS DRIVE
RAMSEY, NJ 07446


LAKEVIEW LIGHT & POWER
11509 BRIDGEPORT WAY SW
LAKEWOOD, WA 98499-3041


LAKEWOOD REFUSE
4111 192ND STREET
 98418


LAKEWOOD WATER
PO BOX 99729
LAKEWOOD, WA 98496


LEWIS COUNTY PROPERTY TAX
351 NW NORTH STREET
CHEHALIS, WA 98532-0509


LEWIS COUNTY PROSECUTOR'S OFFICE
ATTN: GLENN CARTER
345 WEST MAIN STREET
CHEHALIS, WA 98532


LLOYD'S OF LONDON
IMPERIAL PREMIUM FINANCE
KANSAS CITY, MO 64141-2086


MCLAUGHLIN & ASSOCIATES INC.
ATTN: ASHTON K DENNIS
15 OREGON AVE STE 210
TACOMA, WA 98409


MURREY'S DISPOSAL
PO BOX 399
PUYALLUP, WA 98371

```
PIERCE COUNTY ASSESOR - TREASURER
2401 S. 35TH ST.
TACOMA, WA 98409


PIERCE COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
955 TACOMA AVE S, STE 301
TACOMA, WA 98402


RECEIVABLES PERFORMANCE MANAGEMENT LLC
PO BOX 1548
LYNNWOOD, WA 98046


ROBIN KOELLER
15008 A ST S
APT B3
TACOMA, WA 98444


SPARE SPACE
ATTN:  JAMES E. KIRKABO
3030 68TH AVE W UNIT H
UNIVERSITY PLACE, WA 98467


WASHINGTON SECRETARY OF STATE
CHARITIES PROGRAM
801 CAPITOL WAY SOUTH
PO BOX 40234
OLYMPIA, WA 98504-0234


WASHINGTON STATE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE SUITE 2000
SEATTLE, WA 98104


WASHINGTON STATE DEPT OF LABOR
& INDUSTRIES
P.O. BOX 24106
SEATTLE, WA 98124-6524


WASHINGTON STATE DEPT OF REVENUE
BANKRUPTCY/ CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300
```

```
WASHINGTON STATE GAMBLING COMMISSION
PO BOX 42400
OLYMPIA, WA 98504


WILENE MACKINTIRE
7617 71ST AVE NW
GIG HARBOR, WA 98335


WINDJAMMER CONDOMINIUMS
416 DRACONIS ST SE
OCEAN SHORES, WA 98569


WINDJAMMER OWNERS ASSOC.
416 DRACONIS ST SE
OCEAN SHORES, WA 98569


ZDI GAMING
4117 NE MINNEHAHA ST
VANCOUVER, WA 98661
```