The Honorable Paul B. Snyder
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re | 14-41858-PBS |
| GATEWAYS FOR YOUTH AND FAMILIES | **PROOF OF SERVICE** |
| Debtor. | |

I, Elise LaFleur, declare as follows:

1. I am a citizen of the United States, over the age of 21 years, and I am not a party to the above-entitled action. I am competent to be a witness.

2. On the 1st day of May, 2014, I caused a true and correct copy of the Notice of Hearing on Application for Retention to be served on the parties listed on the Mailing List attached here as Exhibit A.

3. I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

PROOF OF SERVICE - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

112183-0002/LEGAL120826300.1

DATED this 5th day of May, 2014.

By: _ */s/ Elise LaFleur* _____
Elise LaFleur
Legal Secretary

PROOF OF SERVICE - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

112183-0002/LEGAL120826300.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 14-41858-PBS<br>Western District of Washington<br>Tacoma<br>Thu May  1 13:41:32 PDT 2014 | Attorney General of Washington<br>Solicitor General's Division<br>PO Box 40100<br>Olympia, WA 98504-0100 | Bingo Bugle<br>PO Box 87711<br>Vancouver, WA 98687-7711 |
| Brian Koch<br>17416 90th Ave East<br>Puyallup, WA 98375-6194 | Todd A Campbell<br>Deputy Prosecuting Attorney<br>Civil Division<br>955 Tacoma Ave S Ste 301<br>Tacoma, WA 98402-2160 | Centerforce<br>5204 Solberg Drive SW<br>Lakewood, WA 98499-3368 |
| CenturyLink<br>PO Box 91155<br>Seattle, WA 98111-9255 | Charity R. Woolbright<br>5625 49th St N<br>Tacoma, WA 98407-3014 | City of Tacoma - City Attorney<br>747 Market Street  Room 1120<br>Tacoma, WA 98402-3701 |
| City of Tacoma 6888 Public Utilities<br>3628 S 35th St<br>Tacoma, WA 98409-3192 | City of Tacoma 7559 Public Utilities<br>3628 S 35th St<br>Tacoma, WA 98409-3192 | City of Tacoma 7578 Public Utilities<br>3628 S 35th St<br>Tacoma, WA 98409-3192 |
| Comcast<br>1701 John F Kennedy Boulevard<br>Philadelphia, PA 19103-2899 | Connelly Law Offices<br>Attn: Lincoln Charles Beauregard<br>2301 N 30th St<br>Tacoma, WA 98403-3322 | William L. Courshon<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| E-Max Gaming Corporation<br>9900 Clinton Rd<br>Columbus, OH 43271-4583 | Jeffrey T Even<br>Office of the Attorney General<br>PO Box 40100<br>Olympia, WA 98504-0100 | Farmer Brothers Coffee<br>PO Box 79705<br>City of Industry, CA 91716-9705 |
| First National & Great American<br>Imperial Premium Finance<br>PO Box 412086<br>Kansas City, MO 64141-2086 | Fred Wilkeson Endowment<br>c/o Greater Tacoma Community Foundation<br>950 Pacific Ave, Ste 1100<br>Tacoma, WA 98402-4495 | Gateways for Youth and Families<br>3501 104th St E, Suite B<br>Tacoma, WA 98446-3503 |
| Grays Harbor County Prosecutor<br>102 W Broadway<br>Montesano, WA 98563-3621 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | James E. Kirkebo, Jr.<br>3030 68th Ave W Unit H<br>Tacoma, WA 98466-5231 |
| Brian A. Jennings<br>Perkins Coie LLP<br>1201 3rd Ave 49th Flr<br>Seattle, WA 98101-3029 | John Parrish<br>2112 N 30th St<br>Tacoma, WA 98403-3363 | Julian Jaynes<br>11815 237th Ave Ct E<br>Buckley, WA 98321-9660 |
| June R. Kilworth Endowment<br>c/o Greater Tacoma Community Foundation<br>950 Pacific Ave., Ste 1100<br>Tacoma, WA 98402-4495 | Kinoka Minolta<br>Attn:  Jason Thompson<br>PO Box 31001-0273<br>Pasadena, CA 91110-0273 | James E. Kirkebo Jr.<br>dba Spare Space<br>c/o Mark D. Waldron<br>Attorney at Law<br>6711 Regents Blvd. W.<br>Tacoma, WA 98466-5421 |

| | | |
|---|---|---|
| Konica Minolta Priemier Finance<br>Konica Minolta Business Solutions USA<br>100 Williams Drive<br>Ramsey, NJ 07446-2907 | Lakeview Light & Power<br>11509 Bridgeport Way SW<br>Lakewood, WA 98499-3041 | Lakewood Refuse<br>4111 192nd Street<br>98418 |
| Lakewood Water<br>PO Box 99729<br>Lakewood, WA 98496-0729 | Lewis County Property Tax<br>351 NW North Street<br>Chehalis, WA 98532-1926 | Lewis County Prosecutor's Office<br>Attn: Glenn Carter<br>345 West Main Street<br>Chehalis, WA 98532-4802 |
| Lloyd's of London<br>Imperial Premium Finance<br>Kansas City, MO 64141-2086 | McLaughlin & Associates Inc.<br>Attn: Ashton K Dennis<br>15 Oregon Ave Ste 210<br>Tacoma, WA 98409-7464 | Murrey's Disposal<br>PO Box 399<br>Puyallup, WA 98371-0158 |
| Pierce County Assesor - Treasurer<br>2401 S. 35th St.<br>Tacoma, WA 98409-7498 | Pierce County Budget & Finance<br>Pierce County<br>c/o Todd A Campbell<br>955 Tacoma Ave S Ste 301<br>Tacoma, WA 98402-2160 | Pierce County Prosecuting Attorney<br>Civil Division<br>955 Tacoma Ave S, Ste 301<br>Tacoma, WA 98402-2160 |
| Receivables Performance Management LLC<br>PO Box 1548<br>Lynnwood, WA 98046-1548 | Robin Koeller<br>15008 A St S<br>Apt B3<br>Tacoma, WA 98444-6947 | Alan D Smith<br>Perkins Coie LLP<br>1201 3rd Ave Ste 4000<br>Seattle, WA 98101-3099 |
| Spare Space<br>Attn:  James E. Kirkabo<br>3030 68th Ave W Unit H<br>University Place, WA 98466-5231 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Mark D Waldron<br>Orlandini & Waldron PS<br>6711 Regents Blvd W<br>Tacoma, WA 98466-5421 |
| Washington Secretary of State<br>Charities Program<br>801 Capitol Way South<br>PO Box 40234<br>Olympia, WA 98504-0234 | Washington State Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle, WA 98104-3188 | Washington State Dept of Labor<br>& Industries<br>P.O. Box 24106<br>Seattle, WA 98124-0106 |
| Washington State Dept of Revenue<br>Bankruptcy/ Claims Unit<br>2101 4th Ave #1400<br>Seattle, WA 98121-2300 | Washington State Gambling Commission<br>PO Box 42400<br>Olympia, WA 98504-2400 | Wilene Mackintire<br>7617 71st Ave NW<br>Gig Harbor, WA 98335-6663 |
| Windjammer Condominiums<br>416 Draconis St SE<br>Ocean Shores, WA 98569-9772 | Windjammer Owners Assoc.<br>416 Draconis St SE<br>Ocean Shores, WA 98569-9772 | Windjammer Owners Association<br>PO Box 366<br>Ocean Shores WA 98569-0366 |
| ZDI Gaming<br>4117 NE Minnehaha St<br>Vancouver, WA 98661-1241 | End of Label Matrix<br>Mailable recipients   57<br>Bypassed recipients    0<br>Total                 57 | |