UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>GATEWAYS FOR YOUTH AND FAMILIES<br><br>Debtor. | 14-41858-PBS<br><br>**PROOF OF SERVICE OF SOLICITATION PACKAGE** |

I, Elise LaFleur, declare as follows:

1. I am a citizen of the United States, over the age of 21 years, and I am not a party to the above-entitled action. I am competent to be a witness.

2. On or before May 30, 2014, I caused true and correct copies of the following documents to be served on the parties listed on the mailing list attached as Exhibit A:

- Notice of Approval of Disclosure Statement, Hearing on Plan Confirmation and Procedures for Objecting to and Voting on Plan;

- Order Approving Disclosure Statement and Establishing Procedures for Voting on Plan of Reorganization and Granting Related Relief;

PROOF OF SERVICE - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

112183-0002/LEGAL121686008.1

Case 14-41858-PBS    Doc 48    Filed 05/30/14    Ent. 05/30/14 17:24:02    Pg. 1 of 10

- Ballot for Accepting or Rejecting Debtor's Plan of Reorganization Dated April 2, 2014 and a return envelope **OR** the Notice of Non-Voting Status with Respect to Unimpaired Classes; and

- Amended Disclosure Statement Accompanying Debtor's Plan of Reorganization dated April 2, 2014.

3. Also on or before May 30, 2014, I caused copies of the Notice of Approval of Disclosure Statement, Hearing on Plan Confirmation and Procedures for Objecting to and Voting on Plan to be served on the parties listed on the mailing list attached as Exhibit B.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 30th day of May, 2014.

By: */s/ Elise LaFleur*
Elise LaFleur
Legal Secretary

PROOF OF SERVICE - 2

112183-0002/LEGAL121686008.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Exhibit A**

*See Attached*

Label Matrix for local noticing
0981-3
Case 14-41858-PBS
Western District of Washington
Tacoma
Tue May 27 13:50:52 PDT 2014

Brian Koch
17416 90th Ave East
Puyallup, WA 98375-6194

Bingo Bugle
PO Box 87711
Vancouver, WA 98687-7711

Centerforce
5204 Solberg Drive SW
Lakewood, WA 98499-3368

CenturyLink
PO Box 91155
Seattle, WA 98111-9255

City of Tacoma - City Attorney
747 Market Street  Room 1120
Tacoma, WA 98402-3701

City of Tacoma 6888 Public Utilities
3628 S 35th St
Tacoma, WA 98409-3192

City of Tacoma 7559 Public Utilities
3628 S 35th St
Tacoma, WA 98409-3192

City of Tacoma 7578 Public Utilities
3628 S 35th St
Tacoma, WA 98409-3192

Comcast
1701 John F Kennedy Boulevard
Philadelphia, PA 19103-2899

E-Max Gaming Corporation
9900 Clinton Rd
Columbus, OH 43271-4583

Farmer Brothers Coffee
PO Box 79705
City of Industry, CA 91716-9705

First National & Great American
Imperial Premium Finance
PO Box 412086
Kansas City, MO 64141-2086

GE Capital
Atn.:  Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

Gateways for Youth and Families
3501 104th St E, Suite B
Tacoma, WA 98446-3503

Grays Harbor County Prosecutor
102 W Broadway
Montesano, WA 98563-3621

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James E. Kirkebo, Jr.
dba Spare Space
c/o Mark D. Waldron
Attorney at Law
6711 Regents Blvd. W.
Tacoma, WA 98466-5421

| | | Kinoka Minolta |
|---|---|---|
| | | Attn: Jason Thompson |
| | | PO Box 31001-0273 |
| | | Pasadena, CA 91110-0273 |

| | Lakeview Light & Power | Lakewood Refuse |
|---|---|---|
| | 11509 Bridgeport Way SW | 4111 192nd Street |
| | Lakewood, WA 98499-3041 | 98418 |

| Lakewood Water | Lewis County Property Tax | Lewis County Prosecutor's Office |
|---|---|---|
| PO Box 99729 | 351 NW North Street | Attn: Glenn Carter |
| Lakewood, WA 98496-0729 | Chehalis, WA 98532-1926 | 345 West Main Street |
| | | Chehalis, WA 98532-4802 |

Lloyd's of London
Imperial Premium Finance
Kansas City, MO 64141-2086

Murrey's Disposal
PO Box 399
Puyallup, WA 98371-0158

Pierce County Assesor - Treasurer
2401 S. 35th St.
Tacoma, WA 98409-7498

| Pierce County Prosecuting Attorney | Receivables Performance Management LLC |
|---|---|
| Civil Division | PO Box 1548 |
| 955 Tacoma Ave S, Ste 301 | Lynnwood, WA 98046-1548 |
| Tacoma, WA 98402-2160 | |

Spare Space
Attn: James E. Kirkabo
3030 68th Ave W Unit H
University Place, WA 98466-5231

Washington Secretary of State
Charities Program
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234

| | | |
|---|---|---|
| Washington State Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle, WA 98104-3188 | Washington State Dept of Labor<br>& Industries<br>P.O. Box 24106<br>Seattle, WA 98124-0106 | Washington State Dept of Revenue<br>Bankruptcy/ Claims Unit<br>2101 4th Ave #1400<br>Seattle, WA 98121-2300 |
| Washington State Gambling Commission<br>PO Box 42400<br>Olympia, WA 98504-2400 | Wilene Mackintire<br>7617 71st Ave NW<br>Gig Harbor, WA 98335-6663 | |
| Windjammer Owners Assoc.<br>416 Draconis St SE<br>Ocean Shores, WA 98569-9772 | Windjammer Owners Association<br>PO Box 366<br>Ocean Shores WA 98569-0366 | ZDI Gaming<br>4117 NE Minnehaha St<br>Vancouver, WA 98661-1241 |

**Exhibit B**

*See Attached*

```
Label Matrix for local noticing              Attorney General of Washington
0981-3                                       Solicitor General's Division
Case 14-41858-PBS                            PO Box 40100
Western District of Washington               Olympia, WA 98504-0100
Tacoma
Tue May 27 13:50:52 PDT 2014

                                             Todd A Campbell
                                             Deputy Prosecuting Attorney
                                             Civil Division
                                             955 Tacoma Ave S Ste 301
                                             Tacoma, WA 98402-2160


Diana K Carey
Karr Tuttle Campbell
701 5th Ave Ste 3300
Seattle, WA 98104-7055


Charity R. Woolbright                        Charles M. Granoski Jr.
5625 49th St N                               Betzendorfer & Granoski
Tacoma, WA 98407-3014                        2626 N Pearl St
                                             Tacoma, WA 98407-2498




                                             Connelly Law Offices                William L. Courshon
                                             Attn: Lincoln Charles Beauregard    700 Stewart St Ste 5103
                                             2301 N 30th St                      Seattle, WA 98101-4438
                                             Tacoma, WA 98403-3322


David James Russell                                                              Jeffrey T Even
Keller Rohback                                                                   Office of the Attorney General
1201 3rd Avenue, Suite 3200                                                      PO Box 40100
Seattle, Washington 98101-3052                                                   Olympia, WA 98504-0100


                                                                                 Fred Wilkeson Endowment
                                                                                 c/o Greater Tacoma Community Foundation
                                                                                 950 Pacific Ave, Ste 1100
                                                                                 Tacoma, WA 98402-4495
```

Jo-Hanna Gladness Read
Law Office of Jo-Hanna Read
2200 Sixth Avenue, Suite 1250
Seattle, WA 98121-1820

John Parrish
2112 N 30th St
Tacoma, WA 98403-3363

Julian Jaynes
11815 237th Ave Ct E
Buckley, WA 98321-9660

June R. Kilworth Endowment
c/o Greater Tacoma Community Foundation
950 Pacific Ave., Ste 1100
Tacoma, WA 98402-4495

Konica Minolta Priemier Finance
Konica Minolta Business Solutions USA
100 Williams Drive
Ramsey, NJ 07446-2907

Mark Leemon
Leemon + Royer
2505 2nd Ave # 610
Seattle, WA 98121-1483

McLaughlin & Associates Inc.
Attn: Ashton K Dennis
15 Oregon Ave Ste 210
Tacoma, WA 98409-7464

Michael Bolasina
Summit Law Group
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682

Paul Francis James
Washington State Attorney General
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100

Peter Altman
Summit Law Group
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682

Robin Koeller
15008 A St S
Apt B3
Tacoma, WA 98444-6947

TACOMA PUBLIC UTILITIES
PO BOX 11007
TACOMA, WA 98411-0007

Mark D Waldron
Orlandini & Waldron PS
6711 Regents Blvd W
Tacoma, WA 98466-5421

Audrey Alande
5501 N 23rd St
Tacoma, WA  98406

Audrey Chase
2918 312nd St.
Tacoma, WA  98446

Washington State Gambling Comm.
4565 Seventh Ave SE
Lacey, WA  98503

Susan Hixson
12808 Lake City Blvd
Lakewood, WA  98498

Chuck Larsen
2111 Seventh St.
Lakewood, WA  98498

Kim Jackson
11521 83rd Ave SW
Lakewood, WA  98498

Rebecca Cooper
3416 96th St. E.
Tacoma, WA  98446

Brink & Sadler
5127 112th St NW
Lakewood, WA  98499

Melody Curtis-Cathey
4429 NW Cascade St.
Silverdale, WA  98383-9231

Eric Byers
9225 Woodland Ave
Puyallaup, WA  98371

Elaine Blanco
13419 Vickery Ave E, #B
Tacoma, WA  98446

Marci Meiss
133 Tamaracks Dr. W.
Onalaska, WA  98570

Wilene Macintire
7617 71st Ave. NW
Gig Harbor, WA  98335

Alan Strand
Strand & Associates
324 Regents Blvd
Fircrest, WA  98446

Michelle Chenaur
16811 34th Ave. E.
Tacoma, WA  98446

Mark Smythe
414 Tacoma Ave. S.
Tacoma, WA 98402

Angel Deal
25 Thunderbird Pkwy
Lakewood, WA  98498