UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>GATEWAYS FOR YOUTH AND FAMILIES<br><br>Debtor. | Case No. 14-41858-PBS<br><br>**ORDER AUTHORIZING RETENTION OF STRAND AND ASSOCIATES AS ACCOUNTANTS FOR DEBTOR** |

THIS MATTER came before the Court on the Application (the "*Application*") for Order Authorizing Retention of Strand and Associates as Accountants for Debtor for the purpose of preparing and filing a tax return for Gateways for Youth and Families ("*Gateways*" or the "*Debtor*"). The Court, having reviewed the Application and the Declaration of Alan Strand in support thereof, the files and records herein, and being fully advised in the premises,

NOW, THEREFORE, finds as follows:

1. The Court has jurisdiction over this case and all issues raised by the Application pursuant to 28 U.S.C. §§ 157(b) and 1334 and the consideration of the Application constitutes a core proceeding as defined in 28 U.S.C. §§ 157(b)(2).

**ORDER AUTHORIZING RETENTION OF STRAND AND ASSOCIATES -** 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL121444681.1

2. Notice of the hearing on the Application was adequate and proper for the purposes of Sections 102(1), 330, and 331 of the Bankruptcy Code, and Bankruptcy Rule 2002.

3. The relief requested in the Application is essential to the ongoing orderly operation of Debtor's business and it is in the best interest of the effective administration of this Chapter 11 case to authorize the retention of Strand and Associates as Debtor's accountants.

Now, therefore, IT IS HEREBY ORDERED as follows:

1. The Application is GRANTED as set forth herein.

2. The Debtor is authorized to retain Strand and Associates as accountants, effective as of the Petition Date, for the purpose of preparing and filing an exempt organization business income Form 990 tax return for 2013.

3. The Debtor is authorized to pay Strand and Associates $800 for preparation and filing of the 2013 tax return (and to reimburse Strand and Associates for any related out-of-pocket expenses), upon completion satisfactory to the Debtor, without further application or order of this Court.

/// End of Order ///

Presented by:

**PERKINS COIE LLP**

By: */s/ Alan D. Smith*

    Alan D. Smith, WSBA No. 24964
    Brian A. Jennings, WSBA No. 32509

Attorneys for Debtor
Gateways for Youth and Families

**ORDER AUTHORIZING RETENTION OF STRAND AND ASSOCIATES -** 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000